UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZEN INDUSTRIES, INC., dba American Mine Door Co.,<br><br>      Plaintiff,<br><br> v.<br><br>HOFFMAN MANUFACTURING, INC.,<br><br>      Defendant. | NO: 2:17-CV-0190-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 49). The parties represent that all disputes in this matter have been resolved and jointly move the Court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and counterclaims that could have been asserted herein based on the facts plead, are **DISMISSED** with prejudice and with each party to bear its own costs and attorneys' fees.

2. Any pending motions are **DENIED** as moot and all hearings are stricken from the Court's calendar.

3. This Court retains jurisdiction to enforce the terms of this settlement.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED February 28, 2018.



THOMAS O. RICE
Chief United States District Judge